IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                    No. CV 13-0738 WJ/LAM
                                             CR 09-2626 WJ

**NATHAN DON JACK,**

    **Defendant/Movant.**

## ORDER DENYING AS MOOT MOTION FOR TRANSCRIPTS

**THIS MATTER** is before the Court on Defendant/Movant's *Motion for Transcripts (Doc. 20)*, filed September 30, 2013, in which Defendant/Movant asks for transcripts of the June 28, 2010 hearing on his motion to determine counsel in his underlying criminal case. On October 3, 2013, the United States filed a response to Defendant/Movant's motion, in which it states that it will provide Defendant/Movant with a copy of the transcript of the June 28, 2010 hearing on his motion to determine counsel by certified mail on that date. [*Doc. 21*].

**IT IS THEREFORE ORDERED** that Defendant/Movant's *Motion for Transcripts (Doc. 20)* is **DENIED as moot**.

**IT IS SO ORDERED.**

                                             *Lourdes A. Martínez*
                                             **LOURDES A. MARTÍNEZ**
                                             **UNITED STATES MAGISTRATE JUDGE**